WARREN L. YEAGER, APPELLANT, v. BROWN BROS., INC., ET AL., RESPONDENTS.

Argued October 18, 1944—Decided January 4, 1945.

For the appellant, *Lloyd, Horn & Perskie.*

For the respondents, *Bolte, Miller & Repetto.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 10.

*For reversal*—None.